UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 8:21-cr-58-KKM-TGW

VICTOR MANUEL HERNANDEZ
_____/

## PRELIMINARY ORDER OF FORFEITURE

Victor Manuel Hernandez, pleaded guilty to, and was adjudged guilty of, the offenses charged in Counts One, Two, Three, Four, and Five of the Indictment (in violation of 21 U.S.C. §§ 846 and 841(a)(1) and 18 U.S.C. § 922(g)(1)).

The United States moves (Doc. 46) under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order forfeiting Hernandez's interest in the following assets:

      1. An FN Herstal pistol, Model Five-Seven, Serial Number 386103740;

      2. Four Glock 27 pistols, specifically identified as follows:

            a. A Glock GMBH .40 caliber pistol, Model 27GEN4, Serial Number BCTF195;
            b. A Glock GMBH .40 caliber pistol, Model 27, Serial Number KED076;
            c. A Glock GMBH .40 caliber pistol, Model 27GEN3, Serial Number BPP816US; and
            d. A Glock GMBH .40 caliber pistol, Model 27GEN3, Serial

Number CYB689US.

3. Two Glock 23 pistols, specifically identified as follows:

a. A Glock GMBH .40 caliber pistol, Model 23, Serial Number WEC957; and

b. A Glock GMBH .40 caliber pistol, Model 23GEN, Serial Number FLZ644.

4. A Colt .45 caliber pistol, Model Combat Commander, Serial Number 70SC29693;

5. A Colt .45 caliber pistol, Model MKIV, Serial Number 71B3592;

6. A Taurus .38 caliber pistol, Model PT38S, Serial Number LYC3879;

7. A Glock 10mm pistol, Model 20GEN3, Serial Number HML254

8. A Browning .25 caliber pistol, Model Baby, Serial Number 119465;

9. A Colt .45 caliber pistol, Model Gold Cup, Serial Number GCT07776;

10. Approximately 23 rounds of .40 caliber S & B ammunition;

11. Approximately two rounds of .57 caliber Federal ammunition; and

12. Approximately five rounds of 10mm Winchester ammunition.

The United States has established the requisite connection between the firearms and the ammunition and the offense charged in the Indictment. Because the United States is entitled to possession of the firearms and the ammunition, the motion is

GRANTED. Hernandez's interest in the firearms and the ammunition is condemned and

forfeited to the United States for disposition according to law, subject to the provisions of

21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The court retains jurisdiction to entertain any third-party claim and to complete the

forfeiture and disposition of the assets.

ORDERED in Tampa, Florida, on August 13, 2021.


Kathryn Kimball Mizelle
United States District Judge